IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY LYNNE GRIFFITH,
    Plaintiff,

vs.                                          Case No.: 5:04cv253/LAC/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

       This cause was initiated by the filing of Plaintiff's complaint on October 6, 2004 (Doc. 1), in which Plaintiff seeks review of Defendant's final administrative decision denying her claim for disability benefits. Pending are Plaintiff's Motion to Dismiss Complaint (Doc. 11), in which Plaintiff seeks to voluntarily dismiss this action, and Defendant's response thereto (Doc. 13).

       Federal Rule of Civil Procedure 41(a)(1) provides that an action may be dismissed without an order of the court (i) by filing a notice of dismissal at any time before the adverse party serves an answer or a motion for summary judgment, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Rule 41(a)(2) provides that "[e]xcept as provided in [Section (a)(1)], an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper."

       Here Defendant has served her answer (Doc. 7); thus, this action may be dismissed only by the filing of a signed stipulation. Although Plaintiff's motion to dismiss certifies that counsel for Defendant has no objection to the motion to dismiss, the motion does not contain a signed stipulation. Therefore, this court ordered (Doc. 12) that Defendant file a response to Plaintiff's motion to dismiss. Defendant responded as ordered (Doc. 13) and advised that there is no objection

to Plaintiff's motion.  Thus, Plaintiff's request for voluntary dismissal should be granted pursuant to FED. R. CIV. P. 41(a)(1) and (a)(2).

Accordingly, it is respectfully  **RECOMMENDED**:

1. That Plaintiff's Motion to Dismiss (Doc. 11), be **GRANTED** and this action be **DISMISSED without prejudice**.
2. That the clerk of court be directed to close the file.

At Pensacola, Florida this 18th day of March, 2005.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**