IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY LYNNE GRIFFITH,
    Plaintiff,

vs.                                            Case No.:  5:04cv253/LAC/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.

---

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 18, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of objections filed, if any.

    Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's Motion to Dismiss (Doc. 11), is **GRANTED** and this action is **DISMISSED without prejudice**.

    3. The clerk of court is directed to close the file.

    **DONE AND ORDERED** on this 19th day of April, 2005.

                                                  s/ _L.A. Collier_
                                                  Lacey A. Collier
                                        Senior United States District Judge